■ ARLENE BERNSTEIN et al., Appellants-Respondents, v NORTH SHORE UNIVERSITY HOSPITAL et al., Respondents-Appellants. [668 NYS2d 892] —Appeal and cross appeal from stated portions of an order of the Supreme Court, Nassau County (Kutner, J.), dated March 14, 1996.

Ordered that the order is affirmed insofar as appealed and cross-appealed from, without costs or disbursements, for reasons stated by Justice Kutner at the Supreme Court.

We note that the plaintiffs' contention that the post-verdict motion was untimely is without merit (*see,* CPLR 2004). Thompson, J. P., Sullivan, Joy and Florio, JJ., concur.